**FILED**

SEP – 9 2020

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  3:20-mj- 115 |
| | ) | |
| GORDON G. MILLER III | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____June 11, 2020_____ in the city/county of _____Henrico_____

in the _____Eastern_____ District of _____Virginia_____ , the defendant(s) violated:

| _Code Section_ | _Offense Description_ |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit, incorporated herein by reference

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

_Complainant's signature_

Katherine Lee Martin, AUSA

Melvin Gonzalez, FBI Special Agent

_Printed name and title_

_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

_____telephone_____ _(specify reliable electronic means)._

Date:  Sept. 9, 2020

/s/ _____

_Judge's signature_

Elizabeth W. Hanes
United States Magistrate Judge

City and state:  Richmond, Virginia

_Printed name and title_