AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:20-mj-115 |
| | ) | |
| GORDON G. MILLER III | ) | |
| | ) | |
| *Defendant* | ) | |

**SEALED**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* GORDON G. MILLER III,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252A(a)(5)(B)
Possession of Child Pornography

Date: 09/09/2020

*Issuing officer's signature*

City and state: Richmond, Virginia        Elizabeth Hanes, U.S. Magistrate Judge
*Printed name and title*

RECEIVED 2020 SEP 10 AM 8:33 RICHMOND OFFICE EASTERN DISTRICT OF VIRGINIA UNITED STATES MARSHAL

### Return

This warrant was received on *(date)* 9/10/2020, and the person was arrested on *(date)* 9/10/2020
at *(city and state)* Glen Allen, VA.

Date: 9/10/2020

*Arresting officer's signature*

David P. Hulser, FBI Special Agent
*Printed name and title*