**CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION**

| | |
|---|---|
| JUDGE: HANES | DOCKET NO. 3:20mj115 |
| REPORTER: FTR | DATE: 9/11/2020 |

UNITED STATES OF AMERICA                                    COUNSEL
v.

1. __GORDON G. MILLER, III__          1. __NIA VIDAL__

*\*\*\*Deft waived in court appearance and agreed to appear via ZOOM\*\*\**

**APPEARANCES:** GOVERNMENT __KEVIN ELLIKER__ ( X )
DEFENDANT WITH COUNSEL ( X )   DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( )   WAIVER OF APPEARANCE FILED ( )
INTERPRETER _____ ( )

**BAIL STATUS:** DEFENDANT ON BOND ( )   DEFENDANT INCARCERATED ( X )   BOND NOT SET ( )

**TYPE OF PROCEEDINGS:** INITIAL ( X )   ARRAIGNMENT ( )   REARRAIGNMENT/GUILTY PLEA ( )
PRELIMINARY ( )   DETENTION ( )   MOTIONS ( )   OTHER: _____ ( )
INITIAL ON SUPERVISED RELEASE/PROBATION VIOLATION ( )

**PRELIMINARY PROCEEDINGS:** WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER ( ) _____

**INITIAL HEARING PROCEEDINGS:**
DATE OF ARREST: __9/10/2020__   GOVT'S MOTION TO UNSEAL ( )
INITIAL APPEARANCE ( X )
INITIAL APPEARANCE (SUPERVISED RELEASE/PROBATION) ( )
COURT SUMMARIZED CHARGES ( X )   DEFT. ADVISED OF RULE 5 RIGHTS ( X )
FINANCIAL AFFIDAVIT ( )   COUNSEL TO BE APPOINTED ( X )
DEFT TO RETAIN COUNSEL ( )
GOVT'S MOTION TO DETAIN DEFT ( X )   ORDER OF TEMP DETENTION ( X )
DEFT REMANDED ( X )

**PRELIMINARY HEARING PROCEEDINGS:**
GOVT ADDUCED EVIDENCE ( )   DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( )   FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( )   PROBABLE CAUSE FOUND ( )
MOTION FOR CONTINUANCE ( )   GOVT ( )   DEFT ( )   DEFT REMANDED ( )
WITNESS(ES) _____

**DETENTION HEARING PROCEEDINGS:**
GOVT ADDUCED EVIDENCE ( )   DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( )   FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( )   DEFENDANT CONTINUED ON PRESENT BOND ( )
DEFT HELD W/O BOND ( )   FLIGHT RISK ( )   DANGER ( )
DEFENDANT RELEASED ON PR BOND ( )   ELECTRONIC MONITORING ( )
3rd PARTY CUSTODIAN ( )   MOTION FOR CONTINUANCE ( )   GOVT ( )   DEFT ( )
DEFT REMANDED ( )   GOVT NOT SEEKING DETENTION ( )
DEFT RELEASED ON SAME CONDITIONS AS PREVIOUSLY IMPOSED ( )
WITNESS(ES) _____

**CASE CONTINUED TO:** __SEPTEMBER 16, 2020 AT 11:00 AM__   FOR __PRELIMINARY AND DETENTION__

CASE SET: 2:30   BEGAN: 2:45   ENDED: 2:49   TIME IN COURT: 4 MINS