**CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION**

JUDGE: HANES  
REPORTER: FTR  
DOCKET NO. 20mj115  
DATE: 9/16/2020

UNITED STATES OF AMERICA     COUNSEL

1. Gordon G. Miller      1. Nia Vidal

v.

**APPEARANCES:** GOVERNMENT Katherine Martin & Kevin Elliker (✓)  
DEFENDANT WITH COUNSEL ( )  DEFENDANT WITHOUT COUNSEL ( )  
DEFENDANT NOT PRESENT ( )  WAIVER OF APPEARANCE FILED ( )  
INTERPRETER _____ ( )

**BAIL STATUS:** DEFENDANT ON BOND ( )  DEFENDANT INCARCERATED ( )  BOND NOT SET ( )

**TYPE OF PROCEEDINGS:** INITIAL ( )  ARRAIGNMENT ( )  REARRAIGNMENT/GUILTY PLEA ( )  
PRELIMINARY ( )  DETENTION ( )  MOTIONS ( )  OTHER: _____ ( )  
INITIAL ON SUPERVISED RELEASE/PROBATION VIOLATION ( )

**PRELIMINARY PROCEEDINGS:** WAIVER OF INDICTMENT EXECUTED, FILED ( )  
CRIMINAL INFORMATION FILED ( )  
OTHER ( ) _____

**INITIAL HEARING PROCEEDINGS:** DATE OF ARREST: _____  GOVT'S MOTION TO UNSEAL (✓)  
INITIAL APPEARANCE ( )  
INITIAL APPEARANCE (SUPERVISED RELEASE/PROBATION) ( )  
COURT SUMMARIZED CHARGES ( )  DEFT. ADVISED OF RULE 5 RIGHTS ( )  
FINANCIAL AFFIDAVIT ( )  COUNSEL TO BE APPOINTED ( )  
DEFT TO RETAIN COUNSEL ( )  
GOVT'S MOTION TO DETAIN DEFT ( )  ORDER OF TEMPORARY DETENTION ( )  
DEFT REMANDED ( )  DETENTION HEARING SET: _____

**PRELIMINARY HEARING PROCEEDINGS:** GOVT ADDUCED EVIDENCE (✓)  DEFT ADDUCED EVIDENCE (✓)  
ARGUMENTS HEARD (✓)  FINDINGS STATED FROM BENCH (✓)  
DEFT WAIVED HEARING ( )  PROBABLE CAUSE FOUND (✓)  
MOTION FOR CONTINUANCE ( )  GOVT ( )  DEFT ( )  DEFT REMANDED ( )  
WITNESS(ES) _____  
G- Melvin Gonzalez - FBI

**DETENTION HEARING PROCEEDINGS:** GOVT ADDUCED EVIDENCE ( )  DEFT ADDUCED EVIDENCE ( )  
ARGUMENTS HEARD ( )  FINDINGS STATED FROM BENCH (✓)  
DEFT WAIVED HEARING ( )  DEFENDANT CONTINUED ON PRESENT BOND ( )  
DEFT HELD W/O BOND (✓)  FLIGHT RISK ( )  DANGER ( )  
DEFENDANT RELEASED ON PR BOND ( )  ELECTRONIC MONITORING ( )  
3rd PARTY CUSTODIAN ( )  MOTION FOR CONTINUANCE ( )  GOVT ( )  DEFT ( )  
DEFT REMANDED (✓)  GOVT NOT SEEKING DETENTION ( )  
DEFT RELEASED ON SAME CONDITIONS AS PREVIOUSLY IMPOSED ( )  
WITNESS(ES) _____

**CASE CONTINUED TO:** _____  FOR _____  
CASE SET: 11:00  BEGAN: 11:02, 12:16, 12:25, 12:30  TIME IN COURT: 1:19

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA-RICHMOND DIVISION

USA
v.
Miller, III

**EXHIBIT AND WITNESS LIST**

Case Number: 3:20mj115

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hanes | K. Martin / K. Elliker | Nia Vidal |
| COURT REPORTER | | COURTROOM DEPUTY |
| FTR | | M. Fulks |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 9/16 | | | Melvin Gonzalez, FBI |
| G1 | | | | ✓ | text message screenshot |
| G2 | | | | ✓ | text message screenshot |
| G3 | | | | ✓ | response on Quora |
| G4 | | | | ✓ | G3 Invoice |
| G5 | | | | ✓ | Email deft to accountant |
| G6 | | | | ✓ | IRS Tax lien |
| G7 | | | | ✓ | Ace cash transactions |
| G8 | | | | ✓ | Email Patel & Deft |
| G9 | | | | ✓ | text message shot 6/17/20 |
| G12 | | | | ✓ | picture of instagram post of firearms |
| | | | | | cross examination |
| G8 | | | | | email between Patel & Deft |
| G9 | | | | | text message screen shot 6/17/20 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1